**No. 48206.**—Protests 690235–G, etc., of Katz Berk Hat Co., Inc., et al (New York). .

Opinion by TILSON, J. It was stipulated that the harvest hats in question are valued at less than $3 per dozen and are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith some of them were held dutiable at 25 percent ad valorem under paragraph 1504(b)(5), as claimed, and those entered or withdrawn for consumption subsequent to the effec-

tive date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent ad valorem under paragraph 1504(b)(5) and said trade agreement, as claimed.